IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARGARET L. THOMAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>  *Defendant.* | CIVIL ACTION NO.<br>**3:26-cv-00077-TES** |

**ORDER**

On June 30, 2026, the Clerk of Court received and docketed a complaint for the above-captioned case, Case Number 3:26-cv-00077-TES. [Doc. 1]. However, the complaint was not accompanied by the Court's filing fee or an Application to Proceed in District Court Without Prepaying Fees or Costs.[1] For this action to proceed, the Court must receive either the required $405 filing fee or a fully completed Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application") bearing this civil action number by **July 22, 2026**. The Court **DIRECTS** the Clerk of Court to mail a copy of the Application to the address shown on the docket.

Failure to fully and timely comply with this Order may result in the immediate

---

[1] *See* https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.

dismissal of this case pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See*

Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir.

2006) (per curiam) (first citing Fed. R. Civ. P. 41(b) and then citing *Lopez v. Aransas Cnty.*

*Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua*

*sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

    **SO ORDERED**, this 7th day of July, 2022.

<div style="margin-left:40%">

S/ Tilman E. Self, III

**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**

</div>